FORM 8. Entry of Appearance

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Tranxition, Inc.   v.   Lenovo (United States), Inc.

No. 15-1907

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se    ☒ As counsel for:    Tranxition, Inc.
                                  Name of party

I am, or the party I represent is (select one):

☐ Petitioner   ☐ Respondent   ☐ Amicus curiae   ☐ Cross Appellant
☒ Appellant    ☐ Appellee     ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant    ☐ Respondent or appellee

My address and telephone are:

| | |
|---|---|
| Name: | Arthur S. Beeman |
| Law firm: | Arent Fox LLP |
| Address: | 55 Second Street, 21st Floor |
| City, State and ZIP: | San Francisco, CA  94105 |
| Telephone: | 415-757-5500 |
| Fax #: | 415-757-5501 |
| E-mail address: | arthur.beeman@arentfox.com |

Statement to be completed by counsel only (select one):

☒ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 12/11/1997

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):
☐ Yes    ☒ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

| | |
|---|---|
| 8/20/2015 | /s/ Arthur S. Beeman |
| Date | Signature of pro se or counsel |
| | Arthur S. Beeman |

cc: All Counsel of Record (via E-mail)

123

American LegalNet, Inc.
www.FormsWorkFlow.com

**Form 30**

**FORM 30. Certificate of Service**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on  August 20, 2015  by:

☐ US mail
☐ Fax
☐ Hand
☒ Electronic Means
  (by email or CM/ECF)

| | |
|---|---|
| Arthur S. Beeman | /s/ Arthur S. Beeman |
| Name of Counsel | Signature of Counsel |

Law Firm  Arent Fox LLP

Address  55 Second Street, 2st Floor

City, State, ZIP  San Francisco, CA  94605

Telephone Number  415-757-5500

FAX Number  415-757-5501

E-mail Address  arthur.beeman@arentfox.com

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.


American LegalNet, Inc.
www.FormsWorkFlow.com