NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

―――――――――――――――――

**TRANXITION, INC., a Delaware corporation,**
*Plaintiff-Appellant*

**v.**

**LENOVO (UNITED STATES) INC., a Delaware corporation,**
*Defendant-Appellee*

**NOVELL, INC., a Delaware corporation,**
*Defendant-Cross-Appellant*

―――――――――――――――――

2015-1907, -1941, -1958, -2017

―――――――――――――――――

Appeals from the United States District Court for the District of Oregon in Nos. 3:12-cv-01065-HZ and 3:12-cv-01404-HZ, Judge Marco A. Hernandez.

―――――――――――――――――

**ON MOTION**

―――――――――――――――――

Before CHEN, *Circuit Judge.*

**O R D E R**

Tranxition, Inc. moves to consolidate Appeal Nos. 2015-1907, -1941 and 2015-1958, -2017 and to set a

briefing schedule. Lenovo (United States) Inc. and Novell, Inc. do not oppose consolidation. Tranxition's motion additionally request (a) to limit the appellees to a single response brief or, in the alternative, to limit Novell's response brief to particular arguments and (b) to double the allowed word-count for each of its briefs. Lenovo and Novell oppose those requests.

The court agrees that consolidation is appropriate. Tranxition has not shown, however, that Lenovo and Novell—each separately represented—should be limited to a single brief. Lastly, "[t]he court looks with disfavor on a motion to file an extended brief and grants it only for extraordinary reasons." Fed. Cir. R. 28(c). Tranxition has not shown that such circumstances are present here.

Accordingly,

IT IS ORDERED THAT:

(1) The motion is granted to the extent that the appeals are consolidated. The revised official caption is reflected above. Tranxition's opening brief is due no later than November 2, 2015. Each of Lenovo's and Novell's response briefs is due no later than December 14, 2015. Tranxition's reply brief is due no later than January 25, 2016. Novell's reply brief is due no later than February 8, 2016.

(2) The motion otherwise is denied.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s31