NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TRANXITION, INC., a Delaware corporation,**
*Plaintiff-Appellant*

**v.**

**LENOVO (UNITED STATES) INC., a Delaware corporation, NOVELL, INC.,**
*Defendants-Appellees*

---

2015-1907, -1941, -1958

---

Appeals from the United States District Court for the District of Oregon in No. 3:12-cv-01065-HZ, Judge Marco A. Hernandez.

---

**ON MOTION**

---

**O R D E R**

Lenovo (United States) Inc. and Novell, Inc. move separately for a 59-day extension of time, until February 11, 2016, to file their response briefs.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s25